◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW HESTER, Appellant. [992 NYS2d 906]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Parker, J.), rendered April 18, 2011, convicting him of bail jumping in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the defendant, there is no reasonable view of the evidence that would have permitted the jury to find that the affirmative defense to bail jumping under Penal Law § 215.59 was established by a preponderance of the evidence (*see People v Taylor*, 80 NY2d 1, 12 [1992]). Therefore, the trial court did not err in denying the defendant's request for such a charge. Dillon, J.P., Balkin, Cohen and Barros, JJ., concur.